UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN B. STESTON COMPANY, INC.,<br><br>　　　　　　Defendant. | ECF CASE<br><br>No.: 1:20-cv-1637 (PKC)(RML) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: July 1, 2020
　　　　New York, New York

　　　　　　　　　　　　s/ Douglas B. Lipsky
　　　　　　　　　　　　Douglas B. Lipsky
　　　　　　　　　　　　LIPSKY LOWE LLP
　　　　　　　　　　　　420 Lexington Avenue, Suite 1830
　　　　　　　　　　　　New York, New York 10170-1830
　　　　　　　　　　　　doug@lipskylowe.com
　　　　　　　　　　　　212.392.4772
　　　　　　　　　　　　*Attorneys for Plaintiff*